

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:05-cr-00053-GBL |
| | ) | |
| AHMED OMAR ABU ALI, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER is before the Court *sua sponte*. This case was filed in 2005 before electronic filing of court documents was available. For the convenience of the parties, it is hereby

ORDERED that all filings in this case will be scanned pursuant to the Court's Electronic Case Filings and Procedures Manual and via the Case Management/Electronic Case Filing System.

The Clerk is directed to forward a copy of this Order to counsel of record.

ENTERED this 17th day of August, 2012.

Alexandria, Virginia
8/17/2012

_____/s/_____
Gerald Bruce Lee
United States District Judge