FILED: October 7, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-7900
(1:05-cr-00053-GBL-1)
(1:12-cv-00474-GBL)
_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

AHMED OMAR ABU ALI

        Defendant - Appellant

_____

J U D G M E N T

_____

In accordance with the decision of this court, a certificate of appealability is denied and the appeal is dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK