**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **AHMED OMAR ABU ALI,** ) ) | |
| Petitioner, ) ) | Case No. 1:05-cr-00053-RDA |
| ) | 1:12-cv-00474 |
| **UNITED STATES OF AMERICA,** ) ) | |
| Respondent. ) ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Alan R. Kabat, former counsel for Petitioner Abu Ali, respectfully submits his notice of withdrawal, pursuant to Local Civil Rule 83.1(G).  Mr. Kabat was retained solely to serve as local counsel for Mr. Abu Ali's previous habeas petition (2012).  Mr. Abu Ali is now represented by John Zwerling, Esquire, a member of the bar of this Court, for his current habeas petition.  Mr. Zwerling has advised that he and his client consent to the requested relief.

Therefore, Mr. Kabat respectfully requests that this Court enter an Order granting his motion to withdraw as counsel.  A proposed Order is attached hereto.

                                                    Respectfully submitted,

                                                    */s/ Alan R. Kabat*

                                                    Alan R. Kabat
                                                    Bernabei & Kabat, PLLC
                                                    1400 – 16th Street NW, Suite 500
                                                    Washington D.C. 20036-2223
                                                    (202) 745-1942
                                                    VA Bar No. 76898

DATED:  October 3, 2019