IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 1:05-cr-00053 |
| AHMED OMAR ABU ALI, | ) | |
| | ) | |
| Defendant. | ) | |

Government's Motion To Hold Case In Abeyance Pending
<u>Resolution Of Related Fourth Circuit Proceedings</u>

The United States of America, through undersigned counsel, respectfully moves the

Court to hold this case in abeyance pending the Fourth Circuit's resolution of related issues in *In

re: Ahmed Abu Ali*, 19-392.

On October 2, 2019, Abu Ali filed the instant motion under 28 U.S.C. § 2255. (ECF No.

475). Abu Ali simultaneously filed a motion for authorization to file a successive application for

post-conviction relief under 28 U.S.C. § 2244 in the Fourth Circuit. 19-392 (ECF No. 2). Abu

Ali also asked the Fourth Circuit to hold his just-filed motion in abeyance pending this Court's

resolution of his § 2255 motion. 19-392 (ECF No. 4). The Fourth Circuit ordered the government

to respond, and on November 12, 2019, the government filed its opposition to Abu Ali's motion

for authorization to file a successive § 2255 motion and to holding the case in abeyance. 19-392

(ECF No. 9) (Exhibit A).

A federal district court may consider a "second or successive" § 2255 motion only upon

certification from the appropriate court of appeals that the motion meets certain criteria.  28 U.S.C.

§ 2255(h).  Specifically, a successive § 2255 motion must be certified as provided in 28 U.S.C. §

2244 to contain:

> (1) newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found the movant guilty of the offense; or
> (2) a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable.

*See* § 2255(h); *see In re Vassell*, 751 F.3d 267, 271 (4th Cir. 2014) ("Section 2255(h) requires a court of appeals considering whether to authorize a second or successive § 2255 motion to follow the gatekeeping procedure 'provided in section 2244.'"). Under 28 U.S.C. § 2244(b)(3), "[t]he court of appeals shall grant or deny the authorization to file a second or successive application not later than 30 days after the filing of the motion." Because the Fourth Circuit is currently considering whether to even authorize Abu Ali's now-pending § 2255 motion, the government requests that the Court hold this case in abeyance pending its resolution of § 2255(h)'s threshold, jurisdictional inquiry.[1]

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____/s/_____
Gordon D. Kromberg
Assistant United States Attorney
Joseph Attias
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Joseph.Attias@usdoj.gov

---

[1] Out of an abundance of caution, the government notes that this is not its formal response to Abu Ali's § 2255 motion, and any omissions from this or the attached pleading should not be construed as a waiver of those defenses or arguments.

Certificate of Service

I certify that on November 14, 2019, I electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.


By: _____/s/_____
      Joseph Attias
      Special Assistant United States Attorney